

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2020

No. 04-20-00356-CR

John Stewart **MUELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000009
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

After appointed appellate counsel filed a brief pursuant to *Anders v. California*, appellant filed a motion requesting access to the appellate record to assist him in preparing a *pro se* brief. We grant the motion. The Clerk of the 198th Judicial District Court of Bandera County, Texas, and court reporter Paula M. Beaver are **ordered** to prepare paper copies of the clerk's record, supplemental clerk's record, and reporter's record and send them, by **December 22, 2020**, to:

John Stewart Mueller
TDCJ #02318286
Garza West Unit
4250 Highway 202
Beeville, TX 78102-8982

The Clerk and court reporter are further **ordered** to notify this court when the record has been sent to appellant. We **order** appellant's *pro se* brief due 45 days after the record is sent to him.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2020.



Michael A. Cruz,
Clerk of Court